THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN COMFORT, Appellant. [810 NYS2d 614]—Appeal from a sentence of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered April 6, 2005. Defendant was sentenced pursuant to the Drug Law Reform Act upon his 1986 conviction of criminal sale of a controlled substance in the first degree and criminal possession of a controlled substance in the first degree.

It is hereby ordered that the sentence so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a "new sentence" imposed by County Court pursuant to the Drug Law Reform Act (L 2004, ch 738) upon his 1986 conviction of criminal sale of a controlled substance in the first degree (Penal Law § 220.43) and criminal possession of a controlled substance in the first degree (§ 220.21), both class A-I felonies. We reject defendant's contention that the determinate term of 20 years' imprisonment imposed on the conviction of criminal sale of a controlled substance is harsh or excessive (*see* L 2004, ch 738, § 23). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.